n re BOARD OF RAPID TRANSIT R. M'RS FOR CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. March 22, 1906.) In the matter of e application of the board of rapid transit ilroad commissioners for the city of New rk for the appointment of three commissioners to determine and report whether a rapid ansit railway or railways for the convenience d transportation of persons and property, as termined by the board, ought to be constructed and operated. Brooklyn and Manhattan op lines, Brooklyn sections. No opinion. Order signed.

In re BOARD OF RAPID TRANSIT R. M'RS FOR CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. March 22, 1906.) In the matter of e application of the board of rapid transit ilroad commissioners for the city of New rk for the appointment of three commissioners, etc. Fourth Avenue route. No opinion. Order signed.

BOODY et al., Appellants, v. JOHNSTONE, espondent. (Supreme Court, Appellate Division, Second Department. March 16, 1906.) ction by David A. Boody and others against rthur Johnstone. No opinion. Order affirmed, with $10 costs and disbursements.

BORRELLI et al. v. POHLE et al. (Supreme Court, Appellate Division, Second Department. March 9, 1906.) Action by Raffaelo Borrelli and Jimi Lista against Richard Phole and Herman Masche. No opinion. Motion to dismiss appeal granted, with costs, unless the appellant perfect the return and is ready to argue the appeal at the April term of his court. On compliance with these conditions, the motion is denied, without costs.

BOSSERT, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action by Charles Bossert against the city of New York. No opinion. Judgment affirmed, with costs.

BOSSERT et al. v. SELDNER et al. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action by Louis Bossert and another against Amalie Seldner and others. Motion for reargument denied.

BRADY, Respondent, v. BRADY, Appellant. Supreme Court, Appellate Division, First Department. February 23, 1906.) Action by Sadie V. Brady against Daniel M. Brady. J. J. Adams, for appellant. S. H. Ordway, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BRANDT, Respondent, v. H. A. BAKER & CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action by Gustave W. Brandt against H. A. Baker & Co. No opinion. Judgment of the Municipal Court affirmed, with costs.

BRIGGS, Respondent, v. WEEKS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 21, 1906.) Action by Philena Briggs against Alice I. Weeks and another. No opinion. Appeal dismissed, with costs, including $10 costs of motion.

BRODT, Respondent, v. FORSYTH, Appellant. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action by William H. Brodt against Fannie Forsyth. No opinion. Judgment and order of the County Court of Westchester county affirmed, with costs.

In re BROOKLYN, Q. C. & S. R. CO. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) In the matter of the application of the Brooklyn, Queens County & Suburban Railroad Company for a writ of mandamus, etc. No opinion. Motion to amend order nunc pro tunc as of June 9, 1905 (94 N. Y. Supp. 113) granted.

BROUGHTON, Respondent, v. CITY OF MT. VERNON, Appellant. (Supreme Court, Appellate Division, Second Department. March 16, 1906.) Application of James H. Broughton against the city of Mt. Vernon.

PER CURIAM. We find no statutory authority for the interposition of a demurrer to a petition in a special proceeding to vacate an assessment for a local improvement. The demurrer was equivalent to a preliminary objection taken to the consideration of the petition on the merits. The order appealed from does not determine the rights of the parties, and, while it is probably irregular, no substantial right of the appellant will be affected until the final order contemplated in the statute is made. We think section 1356 of the Code of Civil Procedure does not authorize an appeal from this order. The appeal is dismissed, without costs.

BROWN, Appellant, v. BROWN, Respondent. (Supreme Court, Appellate Division, Fourth Department. Jan. 3, 1906.) Action by Marcella Brown against Adam Brown. No opinion. Judgment modified, by striking out the allowance of costs, and, as thus modified, said judgment and the order are affirmed, without costs of this appeal to either party.

BROWN et al., Respondents, v. GILMOUR, Appellant. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action by William M. Brown and another against Lucie W. Gilmour. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.